# ATTACHMENT A:

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT FOR DECARLOS DEJUAN BROWN, JR.

I, Cameron Winchester, am a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, deposes and says:

## INTRODUCTION

1. I have been a Special Agent with the FBI since 2022 and assigned to the FBI Charlotte Violent Crimes Task Force since December of 2024. Since becoming a Special Agent, I have investigated criminal street gangs, the trafficking of controlled substances, carjackings, and bank robberies. Prior to joining the FBI, I was employed as a Probation/Parole Officer with the North Carolina Department of Public Safety (NCDPS). In my role as a Probation/Parole Officer I supervised a gang caseload, worked violent crime, and handled fugitive matters. I was also assigned to the NCDPS Special Operations and Intelligence Unit and the FBI Raleigh/Durham Safe Streets Task Force (RDSSTF) of the Charlotte Field Office where I investigated violent street gangs and narcotics distribution.

2. This Affidavit is presented in support of a Criminal Complaint charging **Decarlos Dejuan Brown, Jr. (BROWN)** with violating Title 18, United States Code, Sections 1992(a)(7) and (b)(1) (Terrorist Attacks or Other Violence Against a Mass Transportation System).

3. This Affidavit contains information necessary to support probable cause for the Criminal Complaint. The information contained in this Affidavit is based on my personal participation in the investigation of the case and from information provided to me by other Special Agents and Task Force Officers, as well as other federal, state, and local law enforcement officers. Since this Affidavit is being submitted for the limited purpose of

1

establishing probable cause for the issuance of a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts which I believe are necessary to establish the requisite foundation for probable cause.

**FACTS IN SUPPORT OF PROBABLE CAUSE**

4. Based on my training and experience, I know that the Charlotte Area Transit System (CATS) is the largest transit system between Atlanta and Washington, D.C., with multiple local, express and regional bus routes, as well as a light rail service called the Lynx Blue Line. The Lynx Blue Line has 26-stations, spanning approximately 19 miles, with a northern terminus at UNC-Charlotte and a southern terminus at Interstate 485/South Boulevard. CATS provides regular mass transportation services to the public, including to Charlotte Douglas International Airport and Amtrak's Charlotte Train Station, and across state lines into Rock Hill, South Carolina, among other destinations.

5. The defendant **Decarlos Dejuan Brown, Jr.** is a 34-year-old man who has resided in recent years in Charlotte, North Carolina.

6. On August 22, 2025, at approximately 2155 hours, Officers of the Charlotte-Mecklenburg Police Department (CMPD) Central Division received a call for service related to an Assault with a Deadly Weapon that occurred on the Lynx Blue Line, located at the CATS East/West Blvd. Station, 1821 Camden Road, Charlotte, North Carolina 28203. Comments from the 911 call advised a woman had been stabbed by a black male wearing a black shirt, light blue jeans, and an orange hooded sweatshirt.

7. CMPD Officers responded to the scene and arrested BROWN on the outbound Lynx Blue Line platform located at the same CATS station as the call for service, 1821 Camden Road, Charlotte, North Carolina. CMPD Officers also located a folding pocketknife near the

2

Case 3:25-cr-00300-KDB-DCK    Document 1-1    Filed 09/09/25    Page 2 of 5

outbound light rail platform. At the time of BROWN's arrest, his clothing matched the suspect's clothing description as given by the 911 callers. Additionally, BROWN had a laceration to his right hand. BROWN was arrested and then transported to the Atrium Main Hospital to be treated.

8. CMPD located the victim in the rear car of the CATS train marked 316-A at the inbound platform. The victim, subsequently identified as I.Z., was laying on her back, deceased, next to a large amount of blood, with a single stab wound in the middle of her neck, and a small cut to her left knee, with her arms by her side, and her legs extended out. The victim was wearing a black t-shirt, khaki pants, and black Nike shoes.

9. CMPD Crime Scene Investigators (CSI) responded to the scene and collected the pocketknife, which was covered in suspected blood, in addition to a red shirt soaked in suspected blood. CMPD-CSI also collected swabs from suspected blood on the platform and buccal, hand, and fingernail swabs from the victim. CMPD-CSI also collected other items located on the victim's person and in the seat where the victim sat prior to the attack.

10. CMPD Detectives obtained surveillance footage from inside the light rail car. At approximately 2146 hours, the victim can be seen entering the light rail car and sitting down in the row in front of BROWN.



At approximately 2150 hours, BROWN pulled a knife from his pocket and unfolded the knife before striking the victim three (3) times from behind.



Following the attack, suspected blood can be seen dripping onto the floor as BROWN walked away from the victim.



11. Based on the above information, your Affiant respectfully requests the issuance of a criminal complaint against Decarlos Dejuan Brown, Jr.

4

## CONCLUSION

12. Based upon my training and experience and the facts of this investigation, I submit that there is probable cause that on or about August 22, 2025, within the Western District of North Carolina and elsewhere, the defendant Decarlos Dejuan Brown, Jr. did knowingly and without lawful authority and permission commit an act, including the use of a dangerous weapon, with the intent to cause death and serious bodily injury to one or more persons on a terminal, structure, track and facility used in the operation of a mass transportation vehicle which was carrying passengers and employees at the time of the offense, and the conduct was engaged in, on, against and affecting a mass transportation provider engaged in interstate commerce, to wit: the Charlotte Area Transit System, in violation of Title 18, United States Code, Sections 1992(a)(7) and (b)(1).

13. I request that the Court issue a Criminal Complaint and Arrest Warrant for the same.

Respectfully submitted,

Cameron Winchester
Special Agent
Federal Bureau of Investigation

*This Affidavit was reviewed by AUSA Mark T. Odulio.*

Sworn to and subscribed before me this 9th day of September, 2025 at

SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE