# JOSHUA SNOW KENDRICK

## Attorney

---

## CONTACT INFORMATION

**KENDRICK & LEONARD, P.C.**

7 Mills Avenue
Greenville, SC 29605
Tel: (864) 760-4000
Email: Josh@KendrickLeonard.com

1516 Richland Street
Columbia, SC 29201
Tel: (803) 667-3186

Cell: (803) 348-1876

---

## BAR ADMISSIONS

- South Carolina Supreme Court, 2002
- U.S. District Court, District of South Carolina, 2003
- U.S. Court of Appeals for the Fourth Circuit, 2003
- U.S. Court of Appeals for the Eleventh Circuit, 2017
- Supreme Court of the United States, 2014

---

## PRACTICE AREAS

- **Capital Matters**
- **State and Federal Criminal Defense**
- **Civil Litigation (Personal Injury and Civil Rights)**
- **Appellate Matters**

---

## EDUCATION

**Juris Doctor**
University of South Carolina School of Law, Columbia, SC
Graduated: 2002

**Bachelor of Science, Marketing**
Clemson University, Clemson, SC
Graduated: 1999

---

## REPRESENTATIVE CASES AND EXPERIENCE

### Federal Capital Eligible Cases

- **US v. Hassan Lawal (2025)** – 0:23-cr-00850-MGL – Pending death eligible case under review by the capital review committee despite a promised no seek under an extradition deal pursuant to a treaty with Nigeria. The Government has decided not to seek death in this case. Victim committed suicide after a social media scam.
- **US v. Daqua Ritter (2024)** – 1:23-cr-00024-SAL – Jury trial in the nation's first prosecution under the federal hate crime case related to a murder over perceived gender identity. Case was capital-eligible but deauthorized prior to trial.
- **US v. Lawrence Florentine (2024)** – 6:22-cr-1012-DCC – Complex federal murder case that had been deauthorized prior to counsel's appointment. Counsel negotiated a favorable plea deal that preserved important appellate rights.
- **US v. Trevor Seward (2023)** – 4:20-cr-00512-DCC – Jury trial in a federal murder involving the killing of a postal worker. Case was capital-eligible but deauthorized prior to trial.
- **US v. Dominique Brand (2022)** – 4:21-cr-00241-SAL – Bench trial for death eligible case involving allegations of the kidnapping and murder of an elderly lady. Government deauthorized the case the morning of the scheduled meeting with the capital review committee.

### Appeals from Capital Eligible Cases

- **US v. Trevor Seward (2025)** – 23-4431 – Appeal, oral argument held January 31, 2025. Issues included DNA expert testimony, firearms toolmark expert testimony, and polygraph testimony. Court ruled in Seward's favor on DNA expert issue but found harmless error.
- **US v. Lawrence Florentine (2024)** – 24-4206 – Appeal, oral argument held December 12, 2024. Argued issues related to interstate domestic violence resulting in death and use of fire in the commission of a federal crime. Court ruled in Florentine's favor but did not remand based on alternate variance sentence.

### Capital Habeas Cases

- **Brad Sigmon** - Served as federal habeas counsel on death-sentenced state prisoner. Handled district court litigation, argued case in the Fourth Circuit, and handled end-stage litigation.
- **Bobby Wayne Stone** – *Martinez* counsel
- **Steven Bixby** – habeas counsel, assisted with argument in Fourth Circuit, successive state post-conviction counsel. Handled hearing related to his competency to be executed involving extensive mental health issues.

## Other Capital-Related Matters

- **Owens v. Stirling** – Lead counsel in a state court challenge to the South Carolina methods of execution. Prevailed at a trial resulting in the court declaring the firing squad and electric chair unconstitutional under the state constitution, though Supreme Court of South Carolina later reversed the ruling.

## General Trial Experience

- Tried numerous felony level trials over the last 22 years, including murders, drug cases, robberies, white collar cases, and other matters.
- Tried numerous federal jury trials, including murders, RICO cases, white collar cases, and drug cases.
- Tried numerous civil jury trials in matters ranging from complex personal injury to government misconduct matters

## Complex trial experience (non-capital)

- **US v. Josue Benitez** - four week long federal jury trial involving gang-related murder for hire. Second chaired the trial and handled the oral argument in the Fourth Circuit.
- **US v. Bruce Long** – 9-week long federal jury trial involving the Hells Angels Motorcycle Club and multiple counts of RICO, drug trafficking, and firearms charges.

## General appellate experience

- Handled 15 oral arguments in the United States Court of Appeals for the Fourth Circuit.
- Handled multiple oral arguments in the Supreme Court of South Carolina and the South Carolina Court of Appeals.

---

## PROFESSIONAL EXPERIENCE

**Partner**
Kendrick & Leonard, P.C.
Columbia & Greenville, SC
2005 - Present

**Associate Attorney**
Law Offices of Debra Y. Chapman
Columbia, SC
2002-2005

## COMMUNITY INVOLVEMENT

- **Board Member**, Dance Collaborative, 2024 - Present
- **Graduate**, Diversity Leaders Initiative, The Riley Institute at Furman University

## PROFESSIONAL MEMBERSHIPS

- American Bar Association
- South Carolina Bar Association
- South Carolina Association for Justice
- Federal Bar Association
- Greenville Association of Criminal Defense Lawyers
- National Association of Criminal Defense Lawyers
- National Board of Trial Advocates (board certified in Criminal Law based on trial experience)
- Haynsworth-Perry chapter of American Inn of Court

## RELEVANT TRAINING

- May 2022: attended NCCVD Capital Voir Dire Seminar in Boulder, Colorado
- General: In addition to normal CLE hours, I have an additional 6-hour requirement for the SC CJA panel, as well as a more extensive requirement over 5 years related to my criminal law board certification. Both of those requirements are met by criminal trial practice or mitigation training.

## PROFESSIONAL REFERENCES

**Gerald "Bo" King, Esquire**
Chief, Capital Habeas Unit for the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 688-6946

**Kimberly Stevens, Esq.**
Senior Attorney, Capital Resource Counsel Project
1070-1 Tunnel Rd., Suite 10 #215
Asheville, NC 28805
Tel: (336) 575-4337

**William F. Nettles, IV**
Federal Public Defender, District of South Carolina
1901 Assembly Street, Suite 200
Columbia, SC 29201
Tel: (803) 765-5070

Case 3:25-cr-00300-KDB-DCK    Document 6-1    Filed 09/24/25    Page 5 of 5