Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ● NO     **DOCKET NUMBER:** 3:25-CR-300-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.*

**CASE NAME** : US vs DECARLOS DEJUAN BROWN, JR.

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* : COMPLAINT FILED IN 3:25-MJ-237-SCR

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ● Felony

18 U.S.C. § 1992(a)(7), (b)(1) & (c)(1)

**JUVENILE:**  ◯ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : DANIEL CERVANTES and EDWARD R. RYAN

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)