UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25-CR-300 |
|---|---|---|
| v. | ) | |
| | ) | APPLICATION FOR |
| DECARLOS DEJUAN BROWN, JR. | ) | WRIT OF HABEAS CORPUS |
| | ) | AD PROSEQUENDUM |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for:

| Name: | Decarlos Dejuan Brown, Jr. |
|---|---|
| Also known as: | |
| Offender#: | 0000351472 |
| Race: | Black |
| Birth Year: | 1990 |

who is presently detained in the  Mecklenburg County Jail , to make an appearance before the Court in the Western District of North Carolina on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

Movant further prays that the United States Marshals Service shall return the defendant to the  Mecklenburg County Jail , under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

Respectfully submitted December 8, 2025

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ Daniel Cervantes*

Daniel Cervantes
Florida Bar No. 40836
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
E-mail: Daniel.Cervantes@usdoj.gov