IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:25-CR-300-KDB-DCK |
|---|---|
| *Plaintiff,* | |
| v. | **NOTICE REGARDING REVOKED MEDICAL RELEASES** |
| DECARLOS DEJUAN BROWN, JR., | |
| *Defendant.* | |

Mr. Brown's counsel file this Notice to all interested parties: that at a hearing on October 3, 2025, in Mecklenburg County Superior Court, Mr. Brown's attorney, Mr. Daniel Roberts, revoked any and all signed medical releases of records and information that had been signed by Mr. Brown before or after that date.

Dated: December 12, 2025

                              Respectfully Submitted,

                              *s/ Joshua Snow Kendrick*
                              Joshua Snow Kendrick
                              Learned Counsel
                              Kendrick & Leonard, P.C.
                              7 Mills Ave.
                              Greenville, SC 29605
                              (864) 760-4000
                              Josh@kendrickleonard.com

                              *s/ Megan C. Hoffman*
                              Megan C. Hoffman
                              First Assistant
                              Federal Public Defender, West. Dist. of NC
                              129 W. Trade St., Ste. 300
                              Charlotte, NC 28202
                              (704) 374-0720
                              Megan_Hoffman@fd.org

*s/Kelly Sullivan*
Kelly Sullivan
Assistant Federal Defender
Federal Public Defender, West. Dist. of NC
129 W. Trade St., Ste. 300
Charlotte, NC 28202
(704) 374-0720
Kelly_Sullivan@fd.org

Counsel for Mr. Brown