AO 442 (Rev. 01/09) Arrest Warrant

FILED
Charlotte
Dec 12 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

**RECEIVED
UNITED STATES MARSHAL
4:42 pm, Oct 22 2025
WESTERN NORTH CAROLINA
CHARLOTTE**

| | |
|---|---|
| United States of America<br>v.<br>DECARLOS DEJUAN BROWN, JR.<br>*Defendant* | )<br>)<br>) Case No. 3:25-CR-300-KDB<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DECARLOS DEJUAN BROWN, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1992(a)(7), (b)(1) & (c)(1) - Violence Against a Mass Transportation System Resulting in Death

Date: 10/22/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/25, and the person was arrested on *(date)* 12/11/25
at *(city and state)* CHARLOTTE, NC.

Date: 12/11/25

*Arresting officer's signature*

M. OWENS, DUSM
*Printed name and title*