# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:25-CR-300-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DECARLOS DEJUAN BROWN, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Continue Arraignment Because Of Mental Incompetence" (Document No. 23) filed December 10, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will respectfully <u>deny</u> the motion without prejudice.

By the instant motion, Defendant argues "his arraignment [would] likely be held on December 11, 2025" and moves "this Court to continue [his] arraignment until such time as he has obtained competency to proceed." (Document No. 23, pp. 1, 3). On December 9, 2025, Defendant's initial appearance was set for December 11, 2025. (Document No. 18). On December 11, 2025, the Court conducted only Defendant's initial appearance. (Minute Entry, Dec. 11, 2025). The Court has not set a date for Defendant's arraignment yet.

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **DENIED without prejudice**. This Order is without prejudice to Defendant bringing a similar motion at a later time.

Signed: December 18, 2025

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge