IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-300-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DECARLOS DEJUAN BROWN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Psychiatric/Psychological Examination & Competency Hearing" (Document No. 24) filed December 10, 2025. On December 16, 2025, the Government filed its "Response To Defendant's Motion For Psychiatric/Psychological Examination & Competency Hearing" (Document No. 35), and on December 17, 2025, Defendant filed his "Reply To Government's Response To Mr. Brown's Motion For Psychiatric/Psychological Examination & Competency Hearing" (Document No. 38). In his reply, Defendant represents if the Government agrees to have him "evaluated in North Carolina" then he "will not object to effectuating the federal competency process immediately." (Document No. 38, p. 4). Because Defendant raised this in his reply, the Government has not had an opportunity to respond.

**IT IS, THEREFORE, ORDERED** that the Government may file a limited surreply, not to exceed **three (3)** pages, addressing whether the Government agrees to have Defendant evaluated in North Carolina. The Government may file this surreply on or before **January 6, 2026**.

**SO ORDERED**.

Signed: December 22, 2025

David C. Keesler
United States Magistrate Judge