IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:25-CR-300-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DECARLOS DEJUAN BROWN, JR.,<br><br>      Defendant. | **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Nicholas D. Acevedo of the law firm Kilpatrick Townsend & Stockton LLP, 1001 West Fourth Street, Winston-Salem, NC 27101, will make an appearance as counsel for the interested third party WSOC Television, LLC ("WSOC-TV"). The undersigned requests service of all pleadings, notices and calendars affecting this action.

    Respectfully submitted this 6th day of January, 2026.

/s/ *Nicholas D. Acevedo*
Nicholas D. Acevedo
N.C. Bar No. 59228
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101-2400
Office: (336) 607-7300
Fax: (336) 607-7500
nacevedo@ktslaw.com

*Counsel for WSOC Television, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

This the 6th day of January, 2026.

/s/ *Nicholas D. Acevedo*
Nicholas D. Acevedo
N.C. Bar No. 59228
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101-2400
Office: (336) 607-7300
Fax: (336) 607-7500
nacevedo@ktslaw.com

*Counsel for WSOC Television, LLC*