IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **DECARLOS DEJUAN BROWN, JR.,** *Defendant.* | Case No. 3:25-CR-300-KDB **EMERGENCY MOTION FOR A PROTECTIVE ORDER** |

Defendant Brown moves the Court for an emergency protective order preventing the Charlotte-Mecklenburg Police Department and/or the House Oversight Committee of the North Carolina General Assembly (and its members, staffers, and any other person), from releasing or otherwise disclosing the Charlotte Mecklenburg Police Department's (and the Mecklenburg County District Attorney's) criminal investigative file related to the death of I.Z. and related to the investigation of DeCarlos Brown, Jr.

Earlier today, the defense learned that on December 19, 2025, several Representatives from the House Oversight Committee of the North Carolina General Assembly sent a demand letter to Spencer Merriweather, Mecklenburg County District Attorney, seeking—among other items—"emails, messaging, or any other form of correspondence, and all documents, reports, memos, other written materials, or links to such from January 1, 2020, to the present, regarding… 1. The August 22, 2025, train stabbing of Iryna Zarutska, and the December 8, 2025, train stabbing of Kenyan Dobbie." *See Exhibit 1, State's Exhibit 1*. Mr. Merriweather has determined that the request included "the criminal case file related to the defendant's prosecution." *See Exhibit 1*. That determination was filed in a public notice filed on the state court docket today.

At approximately 4:30 this afternoon, the defense learned that the file may have already been sent by the Charlotte-Mecklenburg Police Department to the legislative committee and legislators.

This Court has already addressed the dangers of premature release of limited records related to this case in a recent protective order. Dkt. No. 56. Given the similar nature and urgency of this situation—that these materials may have already been produced, and given the risk that sensitive, confidential, privileged, inadmissible, and other materials may be soon released to the public— counsel ask for an emergency protective preventing the Charlotte-Mecklenburg Police Department, the North Carolina Legislature (including the House Oversight Committee), Representative Jake Johnson, Representative Brenden Jones, Representative Harry Warren, and any other Legislator, staff, volunteer, or any other person from releasing or otherwise disclosing the criminal investigation file related to the death of I.Z. or the investigation of DeCarlos Brown, Jr. to any person or agency absent an order from this Court.

Dated this 14th day of January, 2026,

Respectfully Submitted,

***s/ Joshua Snow Kendrick***
Joshua Snow Kendrick (9037)
KENDRICK & LEONARD, P.C.
7 Mills Avenue (29605)
P.O. Box 6938
Greenville, SC 29606
Tel: (864) 760-4000
Josh@KendrickLeonard.com

**/s/ *Megan C. Hoffman*
Megan C. Hoffman
First Assistant Federal Public Defender
Federal Public Defender, WDNC
129 W. Trade St., Ste. 300
Charlotte, NC 28202
(704) 374-0720
megan_hoffman@fd.org

Attorneys for DeCarlos Brown, Jr.