| STATE OF NORTH CAROLINA COUNTY OF MECKLENBURG | IN THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION FILE NO. 25CR 394562-590 |
|---|---|
| STATE OF NORTH CAROLINA )<br>)<br>vs. )<br>)<br>DECARLOS BROWN, JR., )<br>Defendant ) | NOTICE OF INTENT TO COMPLY WITH N.C.G.S. § 120-19 |

**NOW COMES** the State of North Carolina, by and through the undersigned Assistant District Attorney, Austin Butler, and respectfully provides notice to the Court of the following:

1. Defendant is charged with First-Degree Murder in relation to the homicide of Iryna Zarutska that occurred on August 22, 2025.

2. In a letter dated December 19, 2025, the House Oversight Committee of the North Carolina General Assembly requested that Elected District Attorney Spencer Merriweather provide the Committee with the criminal case file related to the defendant's prosecution. (State's Exhibit 1).

3. Upon information and belief, the Committee made a similar request to the Charlotte-Mecklenburg Police Department ("CMPD").

4. Generally, the Mecklenburg County District Attorney's Office does not provide copies of criminal investigative files to any person or party other than counsel for the defense. Likewise, the Mecklenburg County District Attorney's Office directs investigative agencies to not provide criminal investigative files of pending cases to any person or party, absent a court order.

5. As cited in the Committee's letter, N.C. Gen. Stat. § 120-19 directs that "all officers, agents, agencies, and departments of the State are required to give any [General Assembly] committee . . . upon request, all information and all data within their possession, or ascertainable from their records."

6. In accordance with the Committee's letter and G.S. § 120-19, the State intends to direct CMPD to provide the Committee with the requested materials related to the defendant's prosecution, subject to any applicable protective orders.

Respectfully submitted January 14, 2026.

*Austin Butler*
_____
Austin Butler
Assistant District Attorney
26th Prosecutorial District
700 East Trade Street
Charlotte, NC 28202
(704) 686-0700

## CERTIFICATE OF SERVICE

       I, Austin Butler, certify that a copy of the foregoing Notice was served on Defendant's counsel, Dan Roberts, via electronic delivery.

       Certified on January 14, 2026.

*Austin Butler*
_____
Austin Butler
Assistant District Attorney
26th Prosecutorial District
700 East Trade Street
Charlotte, North Carolina 28202
704-686-0700



North Carolina General Assembly
House of Representatives

# HOUSE OVERSIGHT COMMITTEE

| REPRESENTATIVE JAKE JOHNSON, CO-CHAIR | REPRESENTATIVE BRENDEN JONES, CO-CHAIR | REPRESENTATIVE HARRY WARREN, CO-CHAIR |
| --- | --- | --- |
| DISTRICT 113 | DISTRICT 46 | DISTRICT 76 |

December 19, 2025

Spencer Merriweather
District Attorney's Office
North Carolina's 26th Prosecutorial District
700 East Trade Street
Charlotte, NC 28202

Dear Mr. Merriweather:

Pursuant to N.C. Gen. Stat. §120-71 et seq., and the authority cited below, the House Oversight Committee (the "Committee") hereby respectfully requests the production of the following documents, communications, and data as detailed below.

The Committee has an explicit duty to ensure that local governments receiving and expending public funds are prioritizing the safety and security of North Carolina residents. In recent years, Charlotte-Mecklenburg has experienced a documented increase in violent crime and public safety incidents, including high-profile and deadly attacks occurring on public transit and in public spaces. These incidents have raised serious concerns regarding law enforcement staffing levels, transit security, prosecutorial practices, and the City's overall public safety strategy.

At the same time, Charlotte-Mecklenburg has made significant financial and policy commitments to diversity, equity, and inclusion (DEI) initiatives, the expansion of offices for equity and immigrant integration, and policies that limit or restrict cooperation with U.S. Immigration and Customs Enforcement (ICE). The Committee is concerned that these priorities may be occurring concurrently with the defunding, de-prioritization, or restructuring of traditional law enforcement and public safety functions.

This inquiry seeks to understand whether Charlotte-Mecklenburg's policy decisions, budgetary allocations, and operational practices are effectively addressing rising crime, or whether public safety has been subordinated to ideological initiatives at the expense of residents, transit users, and law-abiding communities.

Accordingly, the Committee respectfully requests the following:



Documents and Communications

Please provide communications, including emails, messaging, or any other form of correspondence and all documents, reports, memos, other written materials, or links to such, **from January 1, 2020, to the present**, regarding the following subjects:

1. The August 22, 2025, train stabbing of Iryna Zarutska, and the December 8, 2025, train stabbing of Kenyan Dobbie.
2. The perceived or actual increase in crime, including violent crime and crimes occurring on public transit.
3. Initiatives aimed at reducing criminal arrests, charges, and sentencing, or any other effort to "reimagine policing."
4. The Charlotte Area Transit System (CATS), specifically as it relates to:
    a. Security staffing, public safety, and criminal incidents.
    b. The contract and bidding process for CATS's private security contract with Professional Security Services (PPS) between 2022 and 2023.
5. Efforts and ability to recruit, retain, and staff law enforcement officers and fill law enforcement vacancies.
6. Efforts to fund, defund, reallocate, or reduce discretionary funding of law enforcement.
7. Policies or practices concerning cooperation, or non-cooperation, with U.S. Immigration and Customs Enforcement (ICE) generally, and with ICE's presence in Charlotte-Mecklenburg.
8. All diversity, equity, and inclusion (DEI) initiatives, policies, implementations, and related funding.
9. Office of Equity, Mobility, and Immigrant Integration initiatives, policies, and implementations and related funding.
10. Strategic plans, policies, and procedures.

Data

Please submit electronically, in machine-readable format such as .xlsx or .csv, any data **from January 1, 2015, to the present** regarding the following subjects:

1. The perceived or actual increase in any crime, including violent crime and crimes occurring on public transit.
2. Conviction, declination, dismissal, plea bargain, diversion, clearance, and trial win rates by demographic of defendant and victim.
3. Victim participation and satisfaction
4. Efforts and ability to recruit, retain, and staff prosecutors and fill vacancies.
5. Diversity, equity, and inclusion (DEI) related employee positions and any funding tied to those positions.

6. Budgeted expenditures through FY2026 and actual expenditures through the most recent data available by funding source and specific purpose. For past years, please also provide machine-readable audited financials.

Under N.C. Gen. Stat. § 120-19, "all officers, agents, agencies and departments of the State are required to give to any [General Assembly] committee . . . all information and all data within their possession, or ascertainable from their records." Members of the General Assembly are exempted from the general prohibition against the inspection and examination of government personnel records. *Id.* § 126-24(3).

While we understand that you may not personally maintain all the requested documents and reports, we trust that you will fulfill your responsibilities by obtaining them from the appropriate channels. Further, if you are aware of certain documents but do not have the authority to obtain them, please provide a general description of the document and the person or body that possesses it.

We request a full and complete response, including the production of any and all associated documents and machine-readable data, by no later than **12:00 P.M. on Thursday, January 8, 2026**. Should you have any questions, concerns, or objections to this request, please contact Joe Coletti at (919) 831-4261 or Joe.Coletti@ncleg.gov.

Sincerely,

Rep. Jake Johnson
Co-Chair

Rep. Brenden Jones
Co-Chair

Rep. Harry Warren
Co-Chair