IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **DECARLOS DEJUAN BROWN, JR.,** *Defendant.* | Case No. 3:25-CR-300-KDB **MOTION TO STAY COMPETENCY PROCEEDINGS** |

Defendant DeCarlos Brown respectfully moves for a brief stay of his federal competency proceedings.

Defendant previously moved for competency proceedings and this Court granted that motion. As of today, he has not been taken into custody by the Bureau of Prisons, but counsel believe that may be imminent.

Counsel were recently made aware that the North Carolina examiners have issued a report in the state case related to competency. However, a protective order is in place over that report and the state judge who issued the order is currently unavailable until after January 20, 2026. Until she can amend or lift the protective order, disclosure of the report is restricted to the state court and defense counsel. *See Exhibit 1.*[1]

To conserve judicial and government resources, Defendant requests a brief stay of this Court's previous order regarding competency (Dkt. No. 57) so this Court, the Government, and the defense can review the North Carolina state competency report and determine what effect it should have on the federal competency proceedings.

Defendant respectfully requests the Court stay its order for competency proceedings until the parties can review the North Carolina report to determine its effect on the federal proceedings and case.

---

[1] The exhibit was filed under seal in state court and is being filed under seal in this Court.

Dated this 16th day of January, 2026.

>Respectfully Submitted,
>
>*s/ Joshua Snow Kendrick*
>Joshua Snow Kendrick (9037)
>KENDRICK & LEONARD, P.C.
>7 Mills Avenue (29605)
>P.O. Box 6938
>Greenville, SC 29606
>Tel: (864) 760-4000
>Josh@KendrickLeonard.com
>
>*/s/ Megan C. Hoffman*
>Megan C. Hoffman
>First Assistant Federal Public Defender
>Federal Public Defender, WDNC
>129 W. Trade St., Ste. 300
>Charlotte, NC 28202
>Tel: (704) 374-0720
>megan_hoffman@fd.org