IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:25-CR-00300-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DECARLOS DEJUAN BROWN JR., <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the North Carolina House Select Committee on Oversight and Reform Co-Chairs' Response to January 15, 2026 Preliminary Protective Order ("Response") (Doc. No. 71). Having reviewed the Response, and for good cause shown, the Court acknowledges the House Oversight Co-Chairs' request for an opportunity to be heard on the Protective Order. The Court will schedule a hearing on the matters raised in the Response during the week of February 9, 2026, at a time convenient for the Court and the parties. The Court also confirms that the House Oversight Co-Chairs' interpretation set forth in paragraph 12 of their Response is consistent with the Magistrate Judge's January 15, 2026, Preliminary Protective Order.

**SO ORDERED.**

Signed: February 3, 2026

Kenneth D. Bell
United States District Judge

1