UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:25-cr-300 |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | |
| DECARLOS DEJUAN BROWN, JR. | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, who moves to this Honorable Court for an Order to withdraw undersigned Assistant United States Attorney as counsel for the government in the above-referenced action.

Respectfully submitted on this day of March 31, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

//s// Mark T. Odulio
Mark T. Odulio
Assistant United States Attorney
North Carolina Bar Number: 50011
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.338.3108
Fax: 704.344.6629
Email:  Mark.Odulio@usdoj.gov