# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:25-CR-300-KDB-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DECARLOS DEJUAN BROWN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Withdraw" (Document No. 86) filed March 31, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, Mark T. Odulio seeks to withdraw as co-counsel for the Government in this matter. (Document No. 86). The undersigned observes that the Government will continue to be represented by other counsel of record.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Withdraw" (Document No. 86) is **GRANTED**. Mark T. Odulio's representation of the Government in this matter is hereby terminated.

**SO ORDERED**.

Signed: March 31, 2026

David C. Keesler
United States Magistrate Judge