IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

JUN 09 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

| |
|---|
| UNITED STATES OF AMERICA, |
| Plaintiff, |
| v. |
| DECARLOS DEJUAN BROWN, JR., |
| Defendant. |

DOCKET NO. 3:25-cr-300-KDB-DCK

## NOTICE OF STATEMENT

In preparation for Mr. Brown's competency hearing before this Court on June 9, 2026, his attorneys have met with him repeatedly. Mr. Brown insists that counsel provide the court with the following information from him:

> I would like to tell the court I have a body emergency.
> Someone has full access to my body and they are controlling
> me wrongfully. And law enforcement refuses to investigate it.
> And it requires for an investigation. When describing the
> technology someone was using I was misdiagnosed with
> schizophrenia.

When asked what he wants from the court, he advised counsel that he wants a court order directing "law enforcement" to investigate his body emergency.

Dated this 9th day of June, 2026.

Respectfully Submitted,

s/ *Joshua Snow Kendrick*
Joshua Snow Kendrick (9037)
KENDRICK & LEONARD, P.C.
7 Mills Avenue (29605)
P.O. Box 6938
Greenville, SC 29606
Tel: (864) 760-4000
Josh@KendrickLeonard.com

*/s/ Megan C. Hoffman*
Megan C. Hoffman
First Assistant Federal Public Defender
Federal Public Defender, WDNC
129 W. Trade St., Ste. 300
Charlotte, NC 28202
Tel: (704) 374-0720
megan_hoffman@fd.org

2